```
1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
5  (510) 839-5200
   (510) 839-3882 fax
6
   Attorneys for Plaintiff
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES STRINGER, et al., | Case No.: 07-3544 MEJ |
| Plaintiff, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: CHIEF JOSEPH P. AITA |
| | FOR THE CITY OF SAN PABLO |
| CITY OF SAN PABLO; JOSEPH P. AITA, CHIEF OF POLICE; FRANK PERINO; MARK GALIOS, and DOES 1-25, Inclusive, | |
| Defendants. | PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action

C07 .3544 MEJ  Chief Joseph P. Aita

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹
DATE: July 12, 2007

Name of SERVER: Ted Thrower
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Lehny M. Corbin, Executive Secretary, Deputy City Clerk

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 12, 2007

Signature of Server: [signed] Ted Thrower

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.