1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA  94621
5  (510) 839-5200
   (510) 839-3882 *fax*
6
   Attorneys for Plaintiff
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 DOLORES STRINGER, et al.,           )    Case No.: 07- 3544 MEJ
12                                     )
           Plaintiff,                  )    SUMMONS RETURNED EXECUTED
13     v.                              )    SERVED:  OFFICER MARK GALIOS
                                       )
14 CITY OF SAN PABLO; JOSEPH P. AITA,  )
15 CHIEF OF POLICE; FRANK PERINO;MARK  )
   GALIOS, and DOES 1-25,              )
16 Inclusive,                          )
                                       )
17         Defendants.                 )    PROOF OF SERVICE
   _____)
18

AO 440 (Rev. 8/01) Summons in a Civil Action

**C07 3544 MEJ Officer Mark Balios**

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me
DATE: **July 12, 2007**

Name of SERVER: **Ted Thrower**
TITLE: **Process Server**

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Lehny M. Corbin, Executive Secretary, Deputy City Clerk**

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **July 12, 2007**

Signature of Server: [signed]

Address of Server: **842 46th St., Oakland, CA 94608**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.