JOHN L. BURRIS, ESQ. SB #69888
BENJAMIN NISENBAUM, ESQ. SB #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 *fax*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES STRINGER, et al., | Case No.: 07-3544 MEJ |
| Plaintiff, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: OFFICER FRANK PERINO |
| CITY OF SAN PABLO; JOSEPH P. AITA, CHIEF OF POLICE; FRANK PERINO; MARK GALIOS, and DOES 1-25, Inclusive, | |
| Defendants. | PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action

C07 3544        Officer Frank Perino

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me:  
DATE: July 12, 2007

Name of SERVER: Ted Thrower  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left:  
Lehny M. Corbin, Executive Secretary, Deputy City Clerk

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 12, 2007  
Date

Signature of Server

842 46th St., Oakland, CA 94608  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure