UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Delores Stringer, Et al.

Plaintiff(s),

v.

City of San Pablo, Et al.

Defendant(s).

No. C 07-03544 MEJ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 9, 2007

Signature

Counsel for Defendants, City of San Pablo
(Plaintiff, Defendant or indicate "pro se")