1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200       Facsimile: (510) 839-3882

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES STRINGER, individually and as personal representative of the Estate of decedent MELVIN HARDNETT; M.H., a minor, by and through her guardian ad litem, Bonita Frazier; N.H., a minor, by and through her Guardian Ad Litem, Latonya Gray; and ME. H., a minor, by and through her guardian ad litem, DOLORES STRINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO, a municipal corporation; JOSEPH AITA, in his capacity as Chief of Police for the CITY OF SAN PABLO; FRANK PERINO, individually, and in his capacity as a police officer for the CITY OF SAN PABLO; MARK GALIOS, individually and in his capacity as a police officer for the CITY OF SAN PABLO; and, San Pablo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No.  C 07 3544 MEJ (BZ)<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Conf. Date: February 28, 2008<br>Conf. Time: 9:00 a.m.<br>Conf. Place: Courtroom G, 15th Floor<br><br>Date Action Filed: July 9, 2007<br>Trial Date:   October 20, 2008 |

Plaintiffs file this Stipulation and (Proposed) Order to continue the settlement conference with Magistrate Judge Bernard Zimmerman, which is currently set for February 28, 2008, for 90 to 120 days or sometime in May or June 2008.

Per Magistrate Judge James Case Management Order of October 16, 2007 the parties were referred to a settlement conference before a magistrate judge. On October 18, 2007 Magistrate Judge James referred the case to Magistrate Judge Zimmerman for settlement conference. No deadline was set by which the settlement conference had to occur. On October 29, 2007, Magistrate Judge Zimmerman issued an order scheduling a settlement conference for February 28, 2008.

Discovery is still ongoing in this matter and the parties are requesting the continuance to gather additional information to increase the likelihood that meaningful discussions can take place at the conference.

Accordingly, the parties request the Court continue the settlement conference currently set and reset it for 90 to 120 days or sometime in May or June 2008.

Dated: February 20, 2008

McNamara, Dodge, Ney, Beatty, Slattery Pfalzer, Borges & Brothers

_____
James V. Fitzgerald, III
Attorney for Defendants
City of San Pablo, et al.

Dated: February 20, 2008

Law Offices Of John L. Burris

_____
Benjamin Nisenbaum
Attorney for Plaintiffs
Delores Stringer, et al.

## ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the settlement conference be continued until _____.

Dated:_____

                                                              Honorable Bernard Zimmerman
                                                              United States Magistrate Judge