1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5
6  Attorneys for Plaintiffs

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 DOLORES STRINGER, individually and as          Case No. C 07 3544 MEJ
   personal representative of the Estate of decedent
11 MELVIN HARDNETT; M.H., a minor, by and        **STIPULATION AND (PROPOSED) ORDER
   through her guardian ad litem, Bonita Frazier; CONTINUING TRIAL DATE AND PRE-
12 N.H., a minor, by and through her Guardian Ad TRIAL DATES**
   Litem, Latonya Gray; and ME. H., a minor, by
13 and through her guardian ad litem, DOLORES
   STRINGER,
14
15         Plaintiffs,
16    vs.
17
   CITY OF SAN PABLO, a municipal
18 corporation; JOSEPH AITA, in his capacity as
   Chief of Police for the CITY OF SAN PABLO;
19 FRANK PERINO, individually, and in his
   capacity as a police officer for the CITY OF
20 SAN PABLO; MARK GALIOS, individually
   and in his capacity as a police officer for the
21 CITY OF SAN PABLO; and, San Pablo police
   officers DOES 1-25, inclusive,
22
23         Defendants.
                                                 /
24
25
26      ALL PARTIES to this action hereby stipulate and agree, by and through their respective
27 counsel, as follows:
28

1. Due to the timing of Plaintiffs' and Defendants' trial obligations in other cases, as well as timing issues beyond the control of the parties regarding the availability of certain discoverable materials, which are explained in detail below, the parties to this matter are hereby jointly requesting a brief extension of the trial date and various cut-off dates in this matter.

2. The current pre-trial order, a copy of which is attached as Exhibit A, provides for an October 20, 2008 trial date as well as the following pre-trial deadlines:

| | |
|---|---|
| Close of All Discovery | 4/18/08 |
| Expert Designations/Reports Due | 3/24/08 |
| Rebuttal Expert Reports Due | 4/3/08 |
| Last Day To Hear Dispositive Motions | 6/19/08 |
| Pretrial Conference | 9/18/08, 10 a.m. |
| Final Pre-Trial Conference | 10/16/08, 10 a.m. |
| Trial Date | 10/20/08 |

4. On January 2, 2008, Plaintiffs served written discovery upon Defendants. Due to unforeseen circumstances, including staffing levels at Defendant CITY OF SAN PABLO, Defendants have been unable to respond to Plaintiffs' written discovery requests. Plaintiffs have granted Defendants two signicant extensions to respond, and are unwilling to take the depositions of the Defendant Officers until Defendants respond to Plaintiffs' written discovery. Preparation of expert reports will be premature and incomplete without each party's police practices experts reviewing the depositions of the Defendant Officers, and percipient witnesses. Furthermore, depending upon Defendants' responses to Plaintiffs' written discovery, Plaintiffs may be required to file a motion to compel responses to Plaintiffs' written discovery.

5. The parties agree that the short time frame between the anticipated taking of depositions of the defendant officers, the close of non-expert discovery, and the filing time requirements to hear dispositive motions necessitate a continuance of the pre-trial and trial dates.

6. In addition to the foregoing, Plaintiffs' counsel have a trial set in another wrongful-death matter beginning on October 20, 2008, in *Espinosa v. City and County of San Francisco, et al.* Northern District Case No. C 06 04686, before Judge White.

7. Notwithstanding the *Espinosa* trial, good cause for the requested continuance is based upon the tight schedule for expert reports due on March 24, 2008, which, in spite of the parties' efforts, will not be sufficiently prepared due to the unexpected delay in Defendants' responses to Plaintiffs' written discovery.

9. Counsel for the parties have conferred extensively, and request that the previously set pre-trial and trial dates in this matter be vacated, and that the Court continue the trial date to a time of the Court's convenience, between May and June, 2009, with pre-trial dates for the close of non-expert discovery, expert discovery, and dispositive motions adjusted consistent with the requested continued trial dates. The parties jointly propose the following dates:

| | |
|---|---|
| Close of Non-Expert Discovery | 9/12/08 |
| Expert Disclosures | 10/3/08 |
| Expert Rebuttal Disclosure | 10/17/08 |
| Last Day For Expert Discovery | 12/5/08 |
| Last Day To Hear Dispositive Motions | 2/25/09 |
| Pretrial Conference | (Date of Court's convenience appx. two months prior to trial) |
| Final Pre-Trial Conference | (Date of Court's convenience) |
| Trial (est. 8 days) | (Date of Court's convenience between May and June, 2009) |

IT IS SO STIPULATED.

Dated: March 6, 2008　　　　　　　　　The Law Offices of John L. Burris

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ben Nisenbaum
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 6, 2008　　　　　　　　　McNamara Law Firm

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES V. FITZGERALD/NOAH G. BLECHMAN
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Stipulation and (proposed) Order Continuing Trial and Pre-Trial Dates – 　　3
Case No. C 07 3544 MEJ

# ORDER

Good cause appearing, the Court hereby orders that the dates listed in the Court's Pretrial Order issued in the above-entitled matter, be amended as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | 9/12/08 |
| Expert Disclosures | 10/3/08 |
| Expert Rebuttal Disclosure | 10/17/08 |
| Last Day For Expert Discovery | 12/5/08 |
| Last Day To Hear Dispositive Motions | 2/25/09 |
| Pretrial Conference | (Date of Court's convenience appx. two months prior to trial) |
| Final Pre-Trial Conference | (Date of Court's convenience) |
| Trial (est. 8 days) | (Date of Court's convenience between May and June, 2009) |

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:_____

_____
Hon. Maria Elena James
UNITED STATES MAGISTRATE JUDGE