# McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
### ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
THOMAS E. PFALZER
GUY D. BORGES
ROGER J. BROTHERS
GARY R. JOHNSON
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
SETH J. SCHWARTZ
ROBERT W. LAMSON

RICARDO A. MARTINEZ
DIANNE KREMEN COLVILLE
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
ERIC G. LUNDBERG
DENISE J. SERRA
WILMA J. GRAY
HOWARD PATRICK SWEENEY
PETER J. HIRSIG
PATRICK L. MOORE
RICHARD M. McNEELY
GARY A. WATT
NOAH G. BLECHMAN
MICHAEL P. CLARK

JENIFER K. LEECE
BARBARA L. MILLER
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
PETER W. SEKELICK
JEANNE C. SHIH
TONYA R. DRAEGER
HENRY WILLIAMS III
MATTHEW P. SULLIVAN
CARRIE E. CROXALL
SHAWN F. HARDING
PETRA BRUGGISSER
CHRISTOPHER N. ODNE

MARK P. IEZZA
CHRISTOPHER T. LUSTIG
RYAN J. BARNCASTLE
MILJOY B. LINSAO
TANNER D. BRINK
WILLIAM L. McCASLIN
CONNOR M. DAY
KEVIN T. KERR
ANDREA N. de KONING
NATHANIEL A. SMITH
RAYELLE D. SABO
J. GARRET DEAL
ALEXANDER CHASE
ARA S. ALIKIAN
JOHN C. ADAMS

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
2316 ORCHARD PARKWAY, SUITE 120
TRACY, CA 95377
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.
ANTHONY J. DeMARIA

August 7, 2008

James V. Fitzgerald, III
james.fitzgerald@mcnamaralaw.com

Hon. Maria-Elena James
United States District Court
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    **Stringer v. City of San Pablo, et al.**
              **Case No. C07-3544 MEJ**

Dear Magistrate Judge James:

    I am writing you, with the permission of opposing counsel Ben Nisenbaum, to bring to your attention an issue that has arisen with regard to Defendants' attempts to take depositions in the above entitled matter. Defendants served interrogatories on Plaintiffs' counsel requiring them to identify percipient witnesses to the shooting incident which is the subject of this litigation that they had interviewed and believed, based on those interviews, had relevant information.

    Defendants spent a considerable amount of time and money locating and serving some of these witnesses. When the scheduled dates came for these depositions, an extraordinary number of these witnesses did not appear for deposition. In addition to not appearing for deposition, none of the alleged witnesses contacted our office to advise of any logistical problems relating to the deposition date. Of the 13 scheduled depositions 12 of the identified witnesses did not appear. In each circumstance a record was made of their non appearance.

    Under the circumstances, I believe that Defendants' remedies include making motions to the court to preclude these people from testifying and/or requesting the court to issue bench warrants for these witnesses' non-appearance at deposition.

Hon. Maria-Elena James
August 7, 2008
Page 2

Re:   <u>Stringer v. City of San Pablo</u>

  During the course of making the record on these depositions, Plaintiffs' counsel Nisenbaum suggested to me that the witnesses might be more readily available if the depositions were scheduled in Richmond, as opposed to my office in Walnut Creek. He offered to have his office serve these witnesses to appear at a location in the Richmond area so the depositions could proceed.

  Candidly, I do not know whether or not this suggestion will solve the problem and I do not think that Plaintiffs' counsel Nisenbaum is in a position to guarantee the appearance of these witnesses.

  Fact discovery cut-off is currently scheduled for September 12, 2008. We went to considerable effort to set aside two weeks to take these depositions and I do not have a great deal of time between now and the 12th of September to reschedule these 12 depositions in the hope that these people will appear.

  Because of these circumstances, I would request a brief, telephonic status conference with the court and opposing counsel to discuss the current state of discovery due to these witnesses failure to appear for depositions, the upcoming discovery cut-off date, and an appropriate court supervised strategy to follow given the 11 witnesses' non-appearance and the impending discovery cut-off date.

           Very truly yours,

           James V. Fitzgerald, III

JVF:ssa
cc: John L. Burris, Esq.
  Ben Nisenbaum, Esq.