IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, et al., | No. C 07-3544 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEPOSITIONS** |
| CITY OF SAN PABLO, et al., | |
| Defendant(s). | |

The Court is in receipt of Defendants' counsel's letter regarding percipient witness depositions. Although Defendants' counsel requests a telephonic conference, there is no indication that the parties complied with the in-person meet and confer requirement of the undersigned's discovery standing order. Accordingly, the Court denies Defendants' request and ORDERS the parties to meet and confer in person.

**IT IS SO ORDERED.**

Dated: August 11, 2008

MARIA-ELENA JAMES
United States Magistrate Judge