IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELORES STRINGER, et al.,

        Plaintiff(s),

  vs.

CITY OF SAN PABLO, et al.,

        Defendant(s).
                                             /

No. C 07-3544 MEJ

**ORDER SCHEDULING HEARING RE: DISCOVERY DISPUTE**

      The Court is in receipt of the parties' joint discovery letter regarding personnel records, filed December 19, 2008. (Dkt. #29.) Upon review of the letter, the Court finds it appropriate to conduct a hearing on the dispute. Accordingly, the Court ORDERS the parties to appear for a hearing on January 29, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: January 7, 2009

                                                    MARIA-ELENA JAMES
                                                   United States Magistrate Judge