JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF SAN PABLO; JOSEPH AITA;FRANK PERINO;MARK GALIOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN PABLO, et al. <br><br> Defendants. | Case No. C07-3544 MEJ <br><br> ~~[PROPOSED]~~ ORDER RESCHEDULING HEARING RE: DISCOVERY DISPUTE |

The court previously scheduled the parties to appear for a discovery hearing on January 29, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, per e-filed Order on January 7, 2009 (Document 30).  With good cause shown that defense counsel, the moving party, are unavailable and out of state on January 29th, the Court now vacates the January 29th hearing and reschedules the discovery hearing to February 5, 2009 at 10:00 a.m., a date convenient to all parties and the Court.

IT IS SO ORDERED.

Dated: January 8, 2009
_____

By: _____
MARIA-ELENA JAMES
United States Magistrate Judge

ORDER RESCHEDULING HEARING RE:
DISCOVERY DISPUTE – C07-3544 MEJ