United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES STRINGER, individually, and as personal representative of the Estate of decedent MELVIN HARDNETT; M.H., a minor, by and through her Guardian Ad Litem, Bonita Frazier; N.H., a minor, by and through her Guardian Ad Litem, Latonya Gray; and ME. H., a minor, by and through her Guardian Ad Litem, DOLORES STRINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO, a municipal corporation; JOSEPH AITA, in his capacity as Chief of Police for the CITY OF SAN PABLO; FRANK PERINO, individually, and in his capacity as police officer for the CITY OF SAN PABLO; MARK GALIOS, individually and in his capacity as a police officer for the CITY OF SAN PABLO; and, San Pablo police officers DOES 1-25, inclusive,<br><br>Defendants. / | No. C 07-3544 CW (MEJ)<br><br>**ORDER DIRECTING CITY OF PITTSBURG TO RETRIEVE CONFIDENTIAL PERSONNEL FILE** |

On December 19, 2008, the parties submitted a joint discovery dispute letter. (Dkt. #29.) At issue was a supeana directing the City of Pittsburg to turn over certain personnel records of third party, former Pittsburg employee, Ralph Hernandez.

On February 5, 2009, the parties presented oral argument regarding this dispute. (Dkt. #33.)

Upon hearing oral argument the Court determined that there was a possibility that Mr. Hernandez's personnel files were discoverable regarding his character for truthfulness, and ordered the City of Pittsburg to submit the files for *in camera* review. Accordingly, City of Pittsburg submitted Mr. Hernandez's personnel files on February, 6, 2009. Upon *in camera* review, the Court found no documents in Mr. Hernandez's personnel files are discoverable. (Dkt. #34.) As the Court is still in possession of Mr. Hernandez's confidential personnel files, the Court ORDERS that the City of Pittsburg send an agent to retrieve those files.

**IT IS SO ORDERED.**

Dated: February 13, 2009



_____
Maria-Elena James
United States Magistrate Judge