IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, et al., | No. C 07-3544 MEJ |
| Plaintiff(s), | **ORDER REQUESTING JOINT STATUS REPORT** |
| vs. | |
| CITY OF SAN PABLO, et al., | |
| Defendant(s). | |

Pursuant to the Court's September 4, 2008 Order, the deadline for filing dispositive motions in this case was March 12, 2009. (Dkt. #28.) As no motions were filed, the Court hereby ORDERS the parties to file a joint status report by March 26, 2009. In the report, the parties shall address the status of the case, including whether either party requests an extension of the dispositive motion deadline and whether the parties feel it would be beneficial to attend a further settlement conference.

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge