JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF SAN PABLO; JOSEPH AITA; FRANK PERINO;
MARK GALIOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, individually and as personal representative of the Estate of decedent MELVIN HARDNETT; M.H., a minor, by and through her Guardian Ad Litem, Bonita Frazier; N.H., a minor, by and through her Guardian Ad Litem, Latonya Gray; and ME.H., a minor, by and through her Guardian Ad Litem, DELORES STRINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO, a municipal corporation; JOSEPH AITA, in his capacity as Chief of Police for the CITY OF SAN PABLO; FRANK PERINO, individually, and in his capacity as a police officer for the CITY OF SAN PABLO; MARK GALIOS, individually and in his capacity as a police officer for the CITY OF SAN PABLO; and, San Pablo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. C07-3544MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING DATE FOR PRE-TRIAL CONFERENCE TO DECEMBER 3, 2009**<br><br>Pretrial Conf. Date:   December 10, 2009<br>Final Pretrial Conf.:   January 7, 2010<br>Trial Date:               January 11, 2010<br><br>Judge:    Maria-Elena James<br><br>Location: Courtroom B<br>               15th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA |

IT IS HEREBY STIPULATED between the parties as follows:

1. The date for the pre-trial conference, currently set for December 10, 2009, shall be moved to December 3, 2009, per the mandates of the Court's July 1, 2009, Order Continuing Pretrial and Trial Deadlines (Document 41).

2. Defense counsel have a conflict on December 10, 2009, as both lead trial counsel will be participating in the annual two day ADC (Association of Defense Counsel) conference in San Francisco on December 10th and 11th. Plaintiff's counsel has agreed to move the pre-trial conference one week forward to December 3, 2009.

3. This request will not affect the current trial date, currently set for January 11, 2010, and/or the final pre-trial conference date, currently set for January 7, 2010.

4. This request will, however, affect the deadlines for the filing of the final pretrial conference statement, motions *in limine* and any other pretrial filings, as set forth in the Court's July 1, 2009, Order Continuing Pretrial and Trial Deadlines (Document 41). The new schedule shall be as follows:

| Deadline Description | Current Date | Proposed Modified Date |
|---|---|---|
| Counsel shall meet and confer with respect of the preparation and content of the joint pretrial conference statement and shall exchange (but not file or lodge) the papers described in ¶ 2 of the Court's Order Continuing Pretrial and Trial Deadlines, signed July 1, 2009 (Document No. 41). | November 10, 2009 | November 3, 2009 |
| Counsel shall file the papers described in FRCP 26(a)(3) and a joint pretrial conference statement. | November 25, 2009 | November 18, 2009 |
| Counsel shall file any motion *in limine*. | November 25, 2009 | November 18, 2009 |
| Counsel shall file any opposition to motions *in limine*. | December 3, 2009 | November 25, 2009 |
| Pretrial Conference | December 10, 2009 | December 3, 2009 |
| Counsel shall file trial briefs. | December 11, 2009 | No change. |
| Counsel shall submit a joint set of requested voir dire, and separate voir dire questions on which counsel cannot agree. | December 11, 2009 | No change. |
| Counsel shall submit a joint set of additional proposed jury instructions. | December 11, 2009 | No change. |
| Counsel shall submit any joint proposed verdict forms, and their separate verdict forms. | December 11, 2009 | No change. |

STIPULATION AND ORDER MODIFYING PRETRIAL   2
DEADLINES – C07-3544 MEJ

| Final Pretrial Conference | January 7, 2010 | No change. |
| Trial Date | January 11, 2010 | No change. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August ___, 2009        LAW OFFICES OF JOHN L. BURRIS

By: _____
John L. Burris, Esq. / Ben Nisenbaum, Esq.,
Attorneys for Plaintiffs

Dated: August 3, 2009          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF SAN PABLO; JOSEPH AITA; FRANK
PERINO; MARK GALIOS

## ORDER

The parties have demonstrated good cause to modify the dates set forth in the Court's July 1, 2009, Order Continuing Pretrial and Trial Deadlines (Document 41)., as follows:

| **Deadline Description** | **New Dates** |
|---|---|
| Counsel shall meet and confer with respect of the preparation and content of the joint pretrial conference statement and shall exchange (but not file or lodge) the papers described in ¶ 2 of the Court's Order Continuing Pretrial and Trial Deadlines, signed July 1, 2009 (Document No. 41). | November 3, 2009 |

| | |
|---|---|
| Counsel shall file the papers described in FRCP 26(a)(3) and a joint pretrial conference statement. | November 18, 2009 |
| Counsel shall file any motion *in limine*. | November 18, 2009 |
| Counsel shall file any opposition to motions *in limine*. | November 25, 2009 |
| Pretrial Conference | December 3, 2009 |
| Counsel shall file trial briefs. | No change (December 11, 2009) |
| Counsel shall submit a joint set of requested voir dire, and separate voir dire questions on which counsel cannot agree. | No change (December 11, 2009) |
| Counsel shall submit a joint set of additional proposed jury instructions. | No change (December 11, 2009) |
| Counsel shall submit any joint proposed verdict forms, and their separate verdict forms. | No change (December 11, 2009) |
| Final Pretrial Conference | No change (January 7, 2010) |
| Trial Date | No change (January 11, 2010) |

**IT IS SO ORDERED.**

Dated: August 4, 2009

By: _____
Honorable Maria-Elena James
United States District Court Magistrate Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330