IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, *et al.*, | No. C 07-03544 MEJ |
| Plaintiffs, | **ORDER RE: STATEMENT OF THE CASE AND PROPOSED JURY INSTRUCTIONS** |
| v. | |
| CITY OF SAN PABLO, *et al.*, | |
| Defendants. / | |

The parties shall each file a neutral statement of the case to be read prior to jury selection. The statement of the case should be no more than one paragraph in length.

The parties are further ordered to resubmit their respective proposed jury instructions only relating to the liability phase of the case. These items must be filed by 5:00 p.m. on January 6th, 2010.

**IT IS SO ORDERED.**

Dated: January 6, 2010

MARIA-ELENA JAMES
Chief United States Magistrate Judge