IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES STRINGER, *et al.*, | No. C 07-03544 MEJ |
| Plaintiffs, | **ORDER RE: TRIAL SCHEDULE** |
| v. | |
| CITY OF SAN PABLO, *et al.*, | |
| Defendants. _____/ | |

Trial will begin each day at 9:30 a.m., beginning with jury selection on Monday, January 11, 2010, and ending on Friday, January 22, 2010. As January 18, 2010 is a federal holiday, no court session will be held. There will be a 45-minute lunch break each day beginning at 12:30 p.m. Trial will end each day at 4:00 p.m.

The first witness should be available to testify Monday afternoon, following jury selection.

**IT IS SO ORDERED.**

Dated: January 6, 2010

MARIA-ELENA JAMES
Chief United States Magistrate Judge