UNITED STATES DISTRICT COURT

Northern District of California

DELORES STRINGER,

        Plaintiff(s),                No. C 07-03544 MEJ

  v.

CITY OF SAN PABLO,                **ORDER**

        Defendant(s).

_____/

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning Tuesday, January 12, 2010 at 9:00 a.m. for the duration of the trial, at the expense of the United States.

**IT IS SO ORDERED.**

Dated: January 8, 2010

                                        _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge